John B. Scherling
California State Bar No. 122234
SUGHRUE MION, PLLC
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 238-3545
Facsimile: (619) 238-4931
jscherling@sughrue.com

Steven M. Gruskin (pro hac vice)
Raja N. Saliba (pro hac vice)
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 293-7060
Facsimile: (202) 293-7860
sgruskin@sughrue.com
rsaliba@sughrue.com

Attorneys for Plaintiff/Counter-Defendant
JWC Environmental

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JWC ENVIRONMENTAL,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANKLIN MILLER, INC.; J.B.I. WATER & WASTEWATER EQUIPMENT, INC.,<br><br>    Defendants.<br>_____<br><br>FRANKLIN MILLER, et al.<br><br>    Counterclaimants,<br><br>    v.<br><br>JWC ENVIRONMENTAL,<br><br>    Counter-defendant.<br>_____ | Case No.: 3:06-cv-04864 MMC<br><br>STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>DATE: December 8, 2006<br>TIME: 10:30 a.m.<br>DEPT.: 7<br>JUDGE: Honorable Maxine M. Chesney |

1 | The parties to this action, JWC Environmental, Inc., Franklin Miller, Inc. and J.B.I. Water & Wastewater Equipment, Inc., have been actively involved in settlement negotiations, are making progress toward a potential settlement of their dispute, and are hopeful that a settlement can be reached within the next 45 to 60 days. Accordingly, in an effort to conserve the resources of the parties and the Court, the parties, through undersigned counsel, hereby stipulate that the Case Management Conference scheduled for December 8, 2006 at 10:30 a.m. be continued to February 2, 2007 at 10:30 a.m. The initial disclosures, Case Management Statement and Rule 26(f) Report will accordingly be due on January 26, 2007.

Dated: November 22, 2006    SUGHRUE MION, PLLC

　　　　　　　　　　　　　　　　 s/ *John B. Scherling*
　　　　　　　　　　　　　　　　JOHN B. SCHERLING
　　　　　　　　　　　　　　　　STEVEN M. GRUSKIN
　　　　　　　　　　　　　　　　RAJA N. SALIBA
　　　　　　　　　　　　　　　　Attorneys for Plaintiff/Counter-Defendant,
　　　　　　　　　　　　　　　　JWC Environmental

Dated: November 21, 2006    GREENBERG TRAURIG, LLP

　　　　　　　　　　　　　　　　 s/*Joseph Agostino*
　　　　　　　　　　　　　　　　RALPH W. SELITTO, JR.
　　　　　　　　　　　　　　　　JOSEPH AGOSTINO
　　　　　　　　　　　　　　　　Attorneys for Defendants/Counterclaimants
　　　　　　　　　　　　　　　　Franklin Miller, Inc. and J.B.I. Water & Wastewater
　　　　　　　　　　　　　　　　Equipment, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: November 22, 2006

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge