John B. Scherling
California State Bar No. 122234
SUGHRUE MION, PLLC
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone:  (619) 238-3545
Facsimile:  (619) 238-4931
jscherling@sughrue.com

Steven M. Gruskin (pro hac vice)
Raja N. Saliba (pro hac vice)
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone:  (202) 293-7060
Facsimile:  (202) 293-7860
sgruskin@sughrue.com
rsaliba@sughrue.com

Attorneys for Plaintiff/Counter-Defendant
JWC Environmental

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JWC ENVIRONMENTAL,<br><br>            Plaintiff,<br><br>    v.<br><br>FRANKLIN MILLER, INC.; J.B.I. WATER & WASTEWATER EQUIPMENT, INC.,<br><br>            Defendants.<br>_____<br><br>FRANKLIN MILLER, et al.<br><br>            Counterclaimants,<br><br>    v.<br><br>JWC ENVIRONMENTAL,<br><br>            Counter-defendant.<br>_____ | Case No.: 3:06-cv-04864 MMC<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER THEREON<br><br>DEPT.:  7<br>JUDGE:  Honorable Maxine M. Chesney |

-1-  
3:06-cv-04864 MMC
Stipulation For Dismissal

1  IT HEREBY IS STIPULATED by and among JWC ENVIRONMENTAL, FRANKLIN MILLER, INC. and J.B.I. WATER & WASTEWATER EQUIPMENT, INC., as follows:

Pursuant to a separate Settlement Agreement signed by the parties, the above-captioned action, including all claims and counterclaims by the parties herein, shall be dismissed without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees, expenses and costs of suit.  The parties further stipulate that this Court may retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated:  January 26, 2007				SUGHRUE MION, PLLC


						_s/_____
						JOHN B. SCHERLING
						STEVEN M. GRUSKIN
						RAJA N. SALIBA
						Attorneys for Plaintiff/Counter-Defendant,
						JWC Environmental

Dated:  January 24, 2007				GREENBERG TRAURIG, LLP


						_s/_____
						RALPH W. SELITTO, JR.
						JOSEPH AGOSTINO
						Attorneys for Defendants/Counterclaimants
						Franklin Miller, Inc. and J.B.I. Water & Wastewater Equipment, Inc.

## ORDER

Pursuant to the foregoing Stipulation of parties, IT HEREBY IS ORDERED THAT: (1) this action, including all claims and counterclaims, is dismissed without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees, expenses and costs of suit; and (2) this Court shall maintain jurisdiction to enforce the terms of the Settlement Agreement.

Dated: January 29, 2007

						_____
						MAXINE M. CHESNEY
						United States District Judge